1  ALEX G. TSE (CABN 152348)
   United States Attorney

2

3  BARBARA J. VALLIERE (DCBN 439353)
   Chief, Criminal Division

4  ROSS WEINGARTEN (NYBN 5236401)
   Assistant United States Attorney

5

6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6747

7  FAX: (415) 436-7234
   Email: ross.weingarten@usdoj.gov

8

   Attorneys for United States of America

9

                    UNITED STATES DISTRICT COURT

10

                   NORTHERN DISTRICT OF CALIFORNIA

11

                         SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,              )   CASE NO. CR 18 483
                                           )
14        Plaintiff,                       )   MOTION TO SEAL
                                           )   AND [PROPOSED] ORDER
15     v.                                  )
                                           )
16  DEREKE HOLDEN and                      )   [UNDER SEAL]
    JOSE SOTOMAYOR,                        )
17                                         )
          Defendants,                      )
18                                         )
                                           )
19                                         )
   _____)
20

21       The United States hereby moves the Court for an order sealing this Motion, the Indictment, the

22  Arrest Warrant, and this Sealing Order until further order of the Court. Disclosure of the existence of

23  the Indictment and Arrest Warrant may cause the subject of the Indictment to flee, destroy evidence or

24  conceal on-going criminal activity, jeopardizing the progress of the ongoing investigation and the arrest

25  of the defendant. The United States also requests that a copy of the Indictment and Arrest Warrant be

26  provided to agents of the Drug Enforcement Agency, other law enforcement, and employees of the

27  United States Attorney's Office, and that the Indictment and Arrest Warrant may be disclosed to federal

28

MOT. TO SEAL AND [PROP.] ORDER

agents and other law enforcement officers in order to effectuate the arrest of the defendant.

DATED: October 4, 2018                    Respectfully Submitted,

                                          ALEX G. TSE
                                          United States Attorney

                                          _____
                                          ROSS WEINGARTEN
                                          Assistant United States Attorney

## ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the government's Motion to Seal, Indictment, Arrest Warrant, this Sealing Order, and other related documents in this case shall be sealed until further order of the Court. A copy of the Indictment and Arrest Warrant shall be provided to agents of the Federal Bureau of Investigation, other law enforcement, and employees of the United States Attorney's Office, and the Indictment and Arrest Warrant may be disclosed to federal agents and other law enforcement officers in order to effectuate the arrest of the defendant.

DATED: 10/4/2018                          _____
                                          HON. JOSEPH C. SPERO
                                          United States Magistrate Judge

MOT. TO SEAL AND [PROP.] ORDER