UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** 10/26/18      **Time:** 5 minutes      **Judge:** SUSAN ILLSTON

**Case No.:** 18-cr-00483-SI-1      **Case Name:** U.S. v. Dereke Holden (nc)(p) & Jose Sotomayor (nc)(p)

Attorney for Govt.: Ross Weingarten
Attorney for Defendant Holden: David Callaway & Alexander Davis
Attorney for Defendant Sotomayor:  Laura Kolios (new)

**Deputy Clerk:** Tracy Kasamoto          **Court Reporter:** Ana Dub
**Interpreter:** N/A                     **Probation Officer:** N/A

## PROCEEDINGS

1) Status - HELD

Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition : ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN PART
( ) SUBMITTED

Case continued to **1/11/19 @ 11:00 a.m.** for Further Status

Case continued to **@ 11:00 a.m.** for Motions
(Motion due: , Opposition: , Reply: )

Case continued to **@ 3:00/3:30 p.m.** for Pretrial Conference

Case continued to **@ 8:30 a.m.** for Trial (Jury**:** Days)

Category of Excludable Delay: Effective Preparation
Delay ends:    (    AUSA to draft order         )

## SUMMARY

Due to Ms. Kolios' general appearance, additional time is necessary for the government to produce discovery and for it to be reviewed.
There is a similar case that involes Deft. Holden that is in San Jose and the parties are trying to coordinate cases for logistical purposes.