## ~~PROPOSED~~ ORDER/COVER SHEET

**TO:** The Honorable Joseph C. Spero  
U.S. Magistrate Judge

**RE:** SOTOMAYOR, Jose

**FROM:** Silvio Lugo, Chief  
U.S. Pretrial Services Officer

**Docket No.:** CR-18-0483-SI -2

**Date:** 11/11/2018

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Nelson G. Barao                                                       510-637-3758

**U.S. PRETRIAL SERVICES OFFICER**                **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge _____ Presiding  District Court Judge _____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐ Modification(s):

1.

2.

3.

**X**  Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_/s/ [signature]_                                                                November 11, 2018

**JUDICIAL OFFICER**                                                       **DATE**