UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** 1/11/19          **Time:** 5 minutes          **Judge:** SUSAN ILLSTON

**Case No.:** 18-cr-00483-SI-1     **Case Name:** U.S. v. Dereke Holden (nc)(p) & Jose Sotomayor (nc)(p)

Attorney for Govt.: Ross Weingarten
Attorney for Defendant Holden:  Alexander Davis
Attorney for Defendant Sotomayor:  Laura Kolios

**Deputy Clerk:** Tracy Kasamoto          **Court Reporter:** Ana Dub
**Interpreter:** N/A                      **Probation Officer:** N/A

## PROCEEDINGS

1) Status - HELD

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN PART
(  ) SUBMITTED

Case continued to  **3/8/19  @ 11:00 a.m.**  for Further Status

Case continued to  **@ 11:00 a.m.**  for Motions
(Motion due: , Opposition: ,  Reply: )

Case continued to  **@ 3:00/3:30 p.m.**  for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial  (Jury**:**  Days)

Category of Excludable Delay:  Effective Preparation
Delay ends:    (    AUSA to draft order        )

## SUMMARY

Discovery has been provided and additional time is necessary to review it.
The parties are also discussing a possible resolution.