BOERSCH SHAPIRO LLP
Lara Kollios (State Bar No. 235395)
Lkollios@boerschshapiro.com
1611 Telegraph Ave., Ste. 806
Oakland, CA 94612
Telephone: (415) 500-6640

Attorneys for Defendant
JOSE SOTOMAYOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE SOTOMAYOR,<br><br>　　　　　Defendant. | Case No. 18-cr-00483-SI-2<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE** |

Defendant Jose Sotomayor, through his counsel of record Lara Kollios, and the United States of America, through Assistant United States Attorney Ross Weingarten, hereby stipulate and agree to modify Mr. Sotomayor's conditions of release. *See* Dkt. No. 6. Specifically, the parties agree to modify Mr. Sotomayor's curfew by one hour in the morning and night so that he may attend work and night school. Mr. Sotomayor's new curfew will be from 10 p.m. to 5 a.m. All other conditions of release shall remain the same. Counsel for the defendant conferred with the government and with Pretrial Officer Nelson Barreo and there is no objection to Mr. Sotomayor's request.

Dated: February 28, 2019          */s/ Lara Kollios*
                                  Lara Kollios
                                  Attorneys for Defendant
                                  Jose Sotomayor

Dated: February 28, 2019          */s/ Ross Weingarten*
                                  Ross Weingarten
                                  Assistant United States Attorney

**PROPOSED ORDER**

For the foregoing reasons and based on the record herein,

IT IS HEREBY ORDERED THAT Mr. Sotomayor's conditions of release are modified such that his new curfew is from 10 p.m. to 5 a.m. All other condition of release shall remain the same.

DATE:_____, 2018            _____
                                  Honorable Joseph C. Spero
                                  United States Chief Magistrate Judge

2    STIP. AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF RELEASE
     Case No.: 18-cr-00483-SI-2