UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** 3/8/19  **Time:** 10 minutes  **Judge:** SUSAN ILLSTON

**Case No.:** 18-cr-00483-SI-1  **Case Name:** U.S. v. Dereke Holden (nc)(p) & Jose Sotomayor (nc)(p)

Attorney for Govt.: Ross Weingarten
Attorney for Defendant Holden:   Anne Kelts sp. Alexander Davis
Attorney for Defendant Sotomayor:   Laura Kolios

**Deputy Clerk:** Tracy Kasamoto  **Court Reporter:**  Vickie Eastvold
**Interpreter:** N/A  **Probation Officer:** N/A

## PROCEEDINGS

1)  Status - HELD

Case continued to  **3/22/19 @ 11:00 a.m.**   for Motion to Withdraw Counsel as to Sotomayor

Case continued to **4/12/19 @ 11 a.m.** for Status as to Holden

Category of Excludable Delay:  Cont. of Counsel/Effective Preparation
Delay ends:    (    AUSA to draft order          )

## SUMMARY

Re: Sotomayor
Due to defense counsel's unavailability to represent the defendant, a motion to withdraw will be filed and new counsel appointed on 3/22/19.  Discovery has been provided and the parties were in plea negotiations.

Re: Holden
The parties are trying to reach a global resolution with this case and another case pending before Judge Davila in San Jose.

The parties will be filing a stipulation and order to consolidate the cases to either Judge Illston or Davila.